ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: March 5, 2020  
START: 4:20 pm  
END: 4:45 pm

DOCKET NO: 19-cv-4938

CASE: Jamaica Builders LLC v. Concrete Superstructures, Inc. et al.

- [ ] INITIAL CONFERENCE
- [x] OTHER/ORDER TO SHOW CAUSE
- [ ] DISCOVERY CONFERENCE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] MOTION HEARING
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Andrew Achiron |
|  |  |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Howard Blum (by phone) |
|  |  |
|  |  |

- [ ] DISCOVERY TO BE COMPLETED BY _____
- [ ] NEXT _____ CONFERENCE SCHEDULED FOR _____
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

SUA SPONTE REPORT & RECOMMENDATION:

In an order dated February 21, 2020, defendants and their counsel of record, Howard Blum, were directed to show cause, in person, at 4:00pm today, why they should not be sanctioned for ignoring their discovery obligations and flouting court orders; they were warned that their failure to timely appear would result in sanctions, including possibly the striking of defendants' answer and entry of judgment against them, and dismissal of their counterclaims. Defendants

and their attorney failed to appear, and the Court tracked down Mr. Blum (who had not sought an adjournment) in Florida. Attorney Blum states by phone that his clients have been refusing to cooperate with him; that he has provided them with copies of this Court's orders and that they are "fully aware" of the consequences of non-compliance; that he "was trying to avoid having to make a motion" to withdraw; and that he has no excuse for failing to file proof of service on his clients, as directed in the Court's Order of January 27, 2020. As detailed on the record, defendants have not even served their initial disclosures and fact discovery has closed. Defendants have made clear that they have willfully abandoned their defense of plaintiff's claims and their prosecution of their counterclaims. Therefore, it is the recommendation of this Court that the District Court strike defendants' Answer; enter judgment in plaintiff's favor; and dismiss defendants' counterclaims.

Any objection to these recommendations must be filed by March 19, 2020 with Judge Dora L. Irizarry or will be deemed waived. (Mr. Blum is directed to serve copies of this Report and Recommendation on defendants forthwith and to file proof of

service by March 9, 2020.)

In addition, for his failure to comply with the Court's discovery orders, and the resulting burdens that that imposed on the Court and plaintiff's counsel, attorney Howard Bluen is directed to reimburse plaintiff for the reasonable fees it incurred in moving to compel discovery from defendants and in providing the Court with a followup status report and in appearing at today's proceeding. He will also be referred to the EDNY Grievance Committee.